UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JORGE ORTIZ,

    Plaintiff,

v.                              Case No.: 6:17-cv-1430-Orl-40GJK

ARDAMAN AND ASSOCIATES, INC.,
and TETRA TECH, INC.,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR ORDER PERMITTING ATTENDANCE BY TELEPHONE AT ATTORNEY CONFERENCE

The court issued an Order (doc. 4) on August 4, 2017, requiring the parties to meet in person to prepare a Case Management Report. Hurricane Irma came through Florida September 9-11, 2017. Due to this storm the undersigned requests permission from the court to attend this meeting telephonically on September 14, 2017. Counsel for the Defendant has no objection to this motion.

1

Respectfully submitted,

 /s/ Jim Garrity
Jim Garrity FBN: 539211
MARIE A. MATTOX, P.A.
310 East Bradford Road
Tallahassee, FL 32303
Telephone: (850) 383-4800

## FONT & WORD CERTIFICATION

This entire document is typed in Times New Roman 14-point font and is 188 words in its entirety, including case style, certificate of service and signature block.

## CERTIFICATE OF SERVICE

 WE CERTIFY that a true copy of the foregoing has been served by CM/ECF service to all counsel of record this 13th day of September, 2017.

 /s/ Jim Garrity
Jim Garrity